BEFORE THE SECOND DIVISION, JULY 28, 1944

**No. 49647.**—Protests 101828–K, etc., of Western States Importing Co. (San Francisco).

Opinion by TILSON, J. In view of stipulation of counsel savings banks the same in all material respects as those the subject of Abstract 38680, incense burners the same as those the subject of Abstract 43033, and paperweights the same as those involved in *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) were held dutiable as household utensils as claimed.

BEFORE THE FIRST DIVISION, JULY 31, 1944

**No. 49648.**—Petition 6306–R of G. R. Kirk Co. (Union Brokerage Co.) (Pembina).

Opinion by COLE, J. From the testimony of the sole witness who was the manager of the Christmas tree department of the petitioner, and responsible for the values stated in entry, it was found that the petitioner met the burden imposed, and that relief should be allowed. The good faith of petitioner was virtually conceded by the Government. On the record the petition was granted.

BEFORE THE THIRD DIVISION, JULY 31, 1944

**No. 49649.**—Protests 71584–K, etc., of Russell-Miller Milling Co. et al. (Buffalo).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise is the same as that the subject of *Richardson* v. *United States* (12 Cust. Ct. 6, C. D. 823), the protests were sustained to that extent.